389 A.2d 191

Commonwealth v. Congo, Appellant.

Submitted September 29, 1977. Joseph C. Vignola, for appellant; Legrome Derek Davis, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 191

Commonwealth v. Cotton, Appellant.

Submitted December 6, 1977. Leonard Sosnov, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Paul S. Diamond, Assistant District Attorney, and Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.